**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
EDWARD SKOLARUS, et al., on behalf of
themselves and all others similarly situated,

                    Plaintiffs,

      -against-                              24 **CIVIL** 4375 (ALC)

                                                **JUDGMENT**

BLOOMBERG, L.P. and BLOOMBERG INDEX
SERVICES, LTD.,

                    Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 30, 2025, Defendants' motion to dismiss the amended complaint is GRANTED. The motion to stay discovery is DENIED as moot; accordingly, the case is closed.

**Dated:** New York, New York
      September 30, 2025

                                                     **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                          **BY:**

                                                      **Deputy Clerk**